IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TARAILLUS M. HOUSTON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-144 |
| v. | |
| MEG HEAP; and SARAH J. DOAN, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 25, 2020, Report and Recommendation, (doc. 6), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 6), as its opinion and **DISMISSES** Plaintiff's Complaint, (doc. 1). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 29th day of September, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA